IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PABLO CABRERA, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3261 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 16, the Motion for Amended Case Progression Order and Case Record Copies filed by the petitioner, Pablo Cabrera. For good cause shown, the motion is granted.

**THEREFORE, IT IS ORDERED:**

1. That filing no. 16 is granted;

2. That the Clerk of Court shall send the petitioner, without charge, copies of filing nos. 12 (Progression Order and Order denying summary judgment), 13 (Answer), 14 (Second Designation of Records and Bill of Exceptions for Plea and Sentencing), and 15 (Response by Respondent);

3. That the petitioner shall have until January 30, 2007, to file his brief;

4. That the respondent shall have until February 28, 2007, to file a Reply;

5. That the petitioner shall have until March 28, 2007, to file a Reply; and

6. That this matter will be considered submitted for decision thereafter.

DATED this 23rd day of October, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge